1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   JIM W. FANG
3  Assistant United States Attorney
   501 Las Vegas Blvd. South, Ste. 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6317 / Fax: 702.388.6418
5  jim.fang@usdoj.gov

6  *Attorneys for the United States*

7               **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,            Case No. 2:20-mj-00903-DJA

10          Plaintiff,                  ORDER  to Continue the Preliminary
                                        Hearing (First Request)
11      v.

12 ANTWINE D. HUNTER,

13          Defendant.

14      It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United

15 States Attorney, through Jim W. Fang, Assistant United States Attorney, and Raquel Lazo,

16 Assistant Federal Public Defender, counsel for Defendant, that the preliminary hearing in

17 the above-captioned matter, previously scheduled for March 2, 2021, at 4:00 p.m., be

18 vacated and continued until a time convenient to the Court, but no earlier than 60 days

19 from the current setting.

20      1.      Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the

21 defendant's consent and upon a showing of good cause—taking into account the public

22 interest in the prompt disposition of criminal cases—a magistrate judge may extend the time

23 limits [for preliminary hearings] one or more times." Here, the parties desire to explore the

24

potential to resolve this matter before defendants are formally charged by a criminal indictment.

2. In that regard, the government will be providing defense counsel with limited Rule 16 discovery in order to facilitate pre-indictment resolution. Defense counsel will need additional time to review the discovery and discuss the case with her client prior to a preliminary hearing or indictment.

3. This continuance is not sought for the purposes of delay, but to allow defense counsel an opportunity to examine the merits of this case before a potential resolution can be reached between the parties.

4. Defendant is in custody and agrees to the continuance.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

DATED this 19th day of February, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

| s/Jim W. Fang | s/ Raquel Lazo |
|---|---|
| JIM W. FANG | RAQUEL LAZO |
| Assistant United States Attorney | Assistant Federal Public Defender |
| *Counsel for the United States* | *Counsel for Defendant* |

2

|   |                                                                 |
|---|-----------------------------------------------------------------|
| 1 | **UNITED STATES DISTRICT COURT**                                |
| 2 | **DISTRICT OF NEVADA**                                          |

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

ANTWINE D. HUNTER,

       Defendant.

Case No. 2:20-mj-00903-DJA

**FINDINGS AND ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The parties desire to continue the preliminary hearing to facilitate pre-indictment resolution, and the government will be providing defense counsel with limited Rule 16 discovery for that purpose. Defense counsel will need additional time to review the discovery and discuss the case with her client prior to a preliminary hearing or indictment. The Court finds good cause to continue the hearing to allow the parties to reach a pre-indictment resolution.

2. Both counsel for defendant and counsel for the government agree to the continuance.

3. Defendant is in custody and agrees to the continuance.

4. The continuance is not sought for the purposes of delay, but to allow defense counsel an opportunity to examine the merits of this case before a potential resolution can be reached between the parties.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearings in the above-captioned matter, previously scheduled for March 2, 2021, at 4:00 p.m., be vacated and continued to May 10, 2021, at 4:00 p.m., Courtroom 3A.

DATED this 22nd day of February, 2021.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE