Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Dawn A. Penn
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Dawn_Penn@fd.org

Attorney for Defendant Antwine D. Hunter

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

Plaintiff,

v.

Antwine D. Hunter,

Defendant.

Case No. 2:21-cr-00142-APG-EJY-1

**Stipulation to Continue Preliminary Hearing**

IT IS HEREBY STIPULATED AND AGREED by and through Attorney General of the United States Todd Blanche, and Assistant United States Attorney Clay Plummer, counsel for the United States of America, and Federal Public Defender Rene L. Valladares, and Assistant Federal Public Defender Dawn A. Penn, counsel for Antwine D. Hunter, and that the Preliminary Hearing currently scheduled for September 29, 2026, at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss the allegations within the petition with the defendant.

2. The additional amount of time would allow the parties to confer regarding a potential resolution.

3. The parties agree to the continuance.

This is the first request for a continuance of the preliminary hearing.

DATED this 25th day of September, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By */s/ Clay Plummer*
CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTWINE D. HUNTER,<br><br>Defendant. | Case No. 2:21-cr-00142-APG-EJY-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for September 29, 2026 at 4:00 p.m., be vacated and continued to **October 13, 2026, at 4:00 p.m.**

Dated this 25th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE